IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                    August 1, 2025
Courtroom Deputy:  Heidi L. Guerra
Court Reporter:      Kevin Carlin
Interpreter:           Cristina Maldonado
Law Clerk:            Taylor Shields

---

Civil Action No. **1:25-cv-02205-WJM-STV**                     Counsel:

DENNIS AROSTERGUI-MALDONADO                            Thomas P. Johnson
                                                                              Laura Patricia Lunn
         Petitioner,                                                     Tara Leesar

v.

JUAN BALTAZAR, in his official capacity as warden        Benjamin Henry Gibson
of Aurora Contract Detention Facility,                           Nicholas Albert Deuschle
ROBERT GUADIAN, in his official capacity as Field
Office Director, Denver, U.S. Immigration and Customs
Enforcement,
KRISTI NOEM, in her official capacity as Secretary,
U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director
of Immigration and Customs Enforcement,
PAMELA BONDI, in her official capacity as Attorney
General of the United States,

         Respondents.

---

## COURTROOM MINUTES

---

**EVIDENTIARY HEARING**

**9:16 a.m.        Court in session.**

Court calls case. Appearances of counsel. Petitioner present in courtroom. Interpreter for Petitioner present in courtroom.

Opening remarks by the Court.

Interpreter placed under oath by Courtroom Deputy.

Discussion regarding Petitioner's [39] Motion.

Opening statement for the Petitioner by Ms. Lunn.

Opening statement for the Respondents by Mr. Gibson.

9:48 a.m. Petitioner's witness Mr. Dennis Arostegui-Maldonado is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Arostegui-Maldonado by Ms. Lunn.

Defendant's Exhibit B is admitted into evidence.

Plaintiff's Exhibits 1, 2, 3, 4, 5, 6, and 7 are admitted into evidence.

**10:52 a.m.    Court in recess.**
**11:10 a.m.    Court in session.**

Cross examination of Mr. Arostegui-Maldonado by Mr. Deuschle.

Mr. Arostegui-Maldonado is excused.

Petitioner waived the need for the Interpreter for the remainder of the hearing.

Interpreter excused.

11:14 a.m. Petitioner's witness Dr. Laura Ramzy is called and placed under oath by Courtroom Deputy.

**ORDERED:**  Petitioner's [39] Motion is DENIED IN PART and GRANTED IN PART as stated on the record.

Direct examination of Dr. Ramzy by Mr. Johnson.

Dr. Ramzy is qualified under FRE 702 as an expert in the field of clinical psychology and the conducting and evaluation of psychiatric evaluations.

Dr. Ramzy is excused.

Petitioner rests.

11:44 a.m. Respondents' witness Ms. Irma Quinones is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Quinones by Mr. Deuschle.

Respondents' Exhibit A is admitted into evidence.

Cross examination of Ms. Quinones by Mr. Johnson.

Ms. Quinones is excused.

Respondents rest.

Ms. Lunn questioned by the Court.

Mr. Gibson questioned by the Court.

Petitioner's closing argument by Ms. Lunn.

Respondents' closing argument by Mr. Gibson.

**ORDERED:** Petitioner's [5] Construed Motion is TAKEN UNDER ADVISEMENT as stated on the record.

**ORDERED:** Respondents' Show Cause Response due on or before August 25, 2025; Petitioner's Reply due on or before September 8, 2025.

**ORDERED:** At the conclusion of this hearing, counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

**1:10 p.m.    Court in recess. Hearing concluded.**

Total time in court: 3 hours 36 minutes