IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 25-cv-2205-WJM-STV

DENNIS AROSTEGUI-MALDONADO

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden
of the Aurora Contract Detention Facility, *et al*.

    Respondents.

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

On July 21, 2025, the Court entered its Order Granting in Part Petitioner Dennis Arostegui-Maldonado's ("Maldonado") Motion for Temporary Restraining Order ("TRO"). (ECF No. 17.) The TRO provides:

> Respondents, as well as their officers, directors, agents, employees, successors and assigns, and all other persons in active concert or participation with them, are hereby **ORDERED AND RESTRAINED** from removing Maldonado from the United States or transferring him outside of the District of Colorado.

(*Id.* at 4.) The Court ordered that the TRO would remain in effect until 11:59 p.m. on August 4, 2025, unless extended by the Court for good cause. (*Id.*)

By the same Order, the Court construed the Motion for TRO as seeking both a TRO and a preliminary injunction (the "Construed Motion") and set a briefing schedule on that portion of the Motion seeking a preliminary injunction preventing Maldonado's transfer from the District of Colorado or removal from the United States. (*Id.* at 1, 4–5.) The next day, on July 22, 2025, the Court also set a briefing schedule on the remaining

portions of the Construed Motion seeking a preliminary injunction compelling Maldonado's immediate release or a constitutionally adequate bond hearing. (ECF No. 20.) The parties' briefing became ripe on July 28 and July 30, 2025, respectively. (ECF Nos. 27, 31.)

The Court heard oral argument and received evidence on Petitioner's requests for preliminary injunctive relief at an evidentiary hearing today, Friday, August 1, 2025. (ECF No. 40.) The Court intends to issue a written Order as soon as possible, but it will not issue any decision before the end of the day on Monday, August 4, 2025. Therefore, the Court *sua sponte* finds good cause to extend the TRO.

Accordingly, the Court hereby ORDERS that the July 21, 2025 Temporary Restraining Order (ECF No. 17) is EXTENDED, and the TRO shall now expire at **11:59 p.m. on August 8, 2025**, unless the Court earlier dissolves it.

Dated this 1st day of August, 2025.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge

2