FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

October 10, 2025

_____

Christopher M. Wolpert  
Clerk of Court

DENNIS AROSTERGUI-MALDONADO,

   Petitioner - Appellee,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility; ROBERT GUADIAN, in his official capacity as Field Office Director, Denver, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; PAMELA BONDI, in her official capacity as Attorney General of the United States,

   Respondents - Appellants.

No. 25-1377  
(D.C. No. 1:25-CV-02205-WJM-STV)  
(D. Colo.)

_____

**ORDER**
_____

Appellants' *Unopposed Motion for Voluntary Dismissal* is granted, and this appeal is hereby dismissed. *See* Fed. R. App. P. 42(b); 10th Cir. R. 27.5(A)(9).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk